UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNEY MONROE WOOD,

    Petitioner,

v.                                  Case No. 6:05-cv-404-Orl-22KRS

JAMES CROSBY, et al.,

    Respondents.
_____

**ORDER REQUIRING PETITIONER TO FULLY COMPLETE
AND RETURN AFFIDAVIT OF INDIGENCY; TO SUBMIT
PROPER COMPUTER PRINTOUT, BANK LEDGER CARD,
NOTARIZED STATEMENT, OR AUTHORIZED FINANCIAL STATEMENT**

Local Rule 4.07(a) provides that if a petitioner has some financial ability to pay, that the Court may issue an order that "the party seeking leave to proceed in forma pauperis shall pay a stated portion of the Clerk's and/or Marshal's fees within a prescribed time, failing which the action may be dismissed without prejudice."

Accordingly, Petitioner is hereby ordered to complete and return the enclosed **Affidavit of Indigency** to enable the Court to make a determination as to whether Petitioner is subject to the payment of a filing fee.[1] Additionally, Petitioner must comply with Section VII of the Affidavit of Indigency, which requires a computer printout prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all transactions in his prisoner account for the three (3) months preceding the filing of the petition. If

---

[1] The Affidavit of Indigency filed by Petitioner on March 16, 2005, was not signed by Petitioner.

there have not been any transactions in the prison account during this period, an authorized officer or Petitioner in a notarized statement must state the following: "There have not been any deposits from _____ to _____." (Fill in blanks). Further, if Petitioner did not have a prison account for this period of time, an authorized officer or Petitioner in a notarized statement must inform the Court. Petitioner must submit <u>both</u> a fully completed Affidavit of Indigency <u>and</u> a computer printout or notarized statement that contains all the transactions in his prisoner account for the period from December 16, 2004, through March 16, 2005 (the three months preceding the filing of his petition). Failure to do so within **TWENTY (20) DAYS** from the date of this order will result in the <u>dismissal</u> of this action <u>without</u> <u>further</u> <u>notice</u>.

**DONE AND ORDERED** at Orlando, Florida, this <u>28th</u> day of April, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 4/28
Johney Monroe Wood